Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DEBORAH BIRRANE, on her own behalf and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY HARMON, an individual; TOM HARMON, an individual; INTERNATIONAL CLINICAL CONSULTANTS, LLC, a Hawaii company doing business as UNIVERSAL MEN'S CLINIC and HAWAII MALE MEDICAL CLINIC; WASHINGTON CLINIC CONSULTANTS, LLC, a Washington company doing business as UNIVERSAL MEN'S CLINIC; MJD MEDICAL P.S., INC., a Washington company doing business as UNIVERSAL MEN'S CLINIC ; JOHN DOES 1-5; and DOE COMPANIES 1-5,<br><br>Defendants. | NO. 2:13-CV-01365-JCC<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>NOTE ON MOTION CALENDAR:<br>August 27, 2014 |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE (2:13-CV-
01365-JCC)
./082714 1610/

- 1 -

**Betts**
**Patterson**
**Mines**
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

## **STIPULATION**

It is hereby stipulated and agreed by and between Plaintiff Deborah Birrane and Defendants Terry Harmon, Tom Harmon, International Clinical Consultants, LLC, and Washington Clinic Consultants, LLC, through their undersigned attorneys of record, that all claims asserted, by and between them, shall be dismissed with prejudice and without attorney's fees or costs.

DATED this 27th day of August, 2014

HEYRICH KALISH MCGUIGAN PLLC

By  *s/ Donald W. Heyrich[email authorization]*
    Donald W. Heyrich, WSBA #23091
Heyrich Kalish McGuigan PLLC
1325 Fourth Avenue, Suite 540
Seattle, Washington  98101
Telephone: (206) 838-2504
Email: DHeyrich@hkm.com
Attorneys for Plaintiff

DATED this 27th day of August, 2014

BETTS, PATTERSON & MINES, P.S.

By     *s/ James D. Nelson*
    James D. Nelson, WSBA #11134
Betts, Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, Washington  98101-3927
Telephone: (206) 292-9988
Email: jnelson@bpmlaw.com
Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (2:13-CV-01365-JCC)
./082714 1610/

- 2 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# **ORDER**

Based upon the foregoing stipulation, all claims asserted, or which could have been asserted, are hereby DISMISSED with prejudice and without attorney's fees or costs.

IT IS SO ORDERED.

DATED: _____

_____
JUDGE JOHN C. COUGHENOUR

Presented by:

BETTS, PATTERSON & MINES, P.S.


By  *s/ James D. Nelson*
    James D. Nelson, WSBA #11134
Attorneys for Defendant

Approved for entry:

HEYRICH KALISH MCGUIGAN PLLC


By  *s/ Donald W. Heyrich[email authorization]*
    Donald W. Heyrich, WSBA #23091
Attorneys for Plaintiff

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE (2:13-CV-
01365-JCC)
./082714 1610/

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of August, 2014, I electronically filed the foregoing document, Stipulation and Order of Dismissal with Prejudice, with the Clerk of the U.S. District Court for the Western District of Washington using the CM/ECF system, which will send notification of such filing to all counsel of record.

By  /s/ James D. Nelson
Betts, Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, Washington  98101-3927
Telephone: (206) 292-9988
Email: jnelson@bpmlaw.com
Attorneys for Defendants

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE (2:13-CV-01365-JCC)
./082714 1610/

- 4 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988