THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEBORAH BIRRANE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TERRY HARMON, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C13-1365-JCC<br><br>ORDER DISMISSING CASE |

　　　Pursuant to the parties' stipulation (Dkt. No. 43) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is DISMISSED with prejudice and without an award of costs or attorney's fees to either party. The Clerk is respectfully directed to CLOSE this case.

　　　DATED this 16th day of September 2014.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 1